# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR22 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DARIUS CHRISTIAN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion for reconsideration (Filing No. 66).

The Defendant asks the Court to reconsider its Order denying his motion to reduce his sentence under the recent amendments to the crack cocaine sentencing guidelines. The Court determined that in light of the Defendant's career offender status his guideline range remains unchanged.

IT IS ORDERED:

1. The Defendant's motion for reconsideration (Filing No. 66) is denied; and
2. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

DATED this 23rd day of May, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge